AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**318-MC-040-S**

| | |
|---|---|
| Jenzabar, Inc. <br> *Plaintiff* <br> v. <br> Southwestern Christian College <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 18cv10268-WGY |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __04/19/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __05/24/2018__

CLERK OF COURT

*Signature of Clerk or* Deputy Clerk



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 30 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on _____

Robert M. _____
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

JENZABAR, INC.,
    Petitioner,

v.

SOUTHWESTERN CHRISTIAN COLLEGE,
    Respondent.

Docket No. 1:18-CV-10268-WGY

### DEFAULT JUDGMENT

Defendant Southwestern Christian College having failed to plead or defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the original principal sum of $141,860.09 under the arbitration award dated March 14, 2017, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred and is entitled to recover its attorney's fees and costs.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Southwestern Christian College the principal amount of $154,436.16, with attorney's fees and costs, respectively, in the amounts of $12,159.00 and $623.10, together with prejudgment interest at the rate of $33.27 per diem from March 27, 2018 to April 20, 2018 in the amount of $798.48 for a total judgment of $168,016.74, with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: April 19, 2018

NOTE: The post judgment interest rate effective this date is 2.12%.



April 19, 2018
Form of judgment approved.
William G. Young
District Judge

{K0729248.1}

