# United States District Court
# Northern District of Texas

### Writ of Execution

Jenzabar, Inc.
_____
        *Plaintiff*

        v.

Southwestern Christian College
_____
        *Defendant*

Case No.  318 MC 40-S
_____
(Complete the following if judgment was rendered
 in another district.)

District  Massachusetts
_____

Docket No.  1:18-cv-10268-WGY
_____

Date Entered  April 19, 2018
_____

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 19th day of    April    , A.D., 2018 in a cause styled as above, judgment was rendered
in this Court, or other United States District Court as indicated above and registered herein, in favor of
Jenzabar, Inc.
_____

_____,
against  Southwestern Christian College

hereinafter called judgment debtor, for the sum of $ 168,016.74   with interest thereon at the rate of   2.12

percent per annum from the  20th  day of    April    , A.D., 2018 until paid, together with costs which have

been taxed to date by the Clerk of Court in the sum of $ 0_____;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the
judgment creditor, there remains due and unpaid the following sums:

$ 0_____   Unpaid balance of costs specified hereinabove taxed by the Clerk of Court

$ 168,016.74___   Judgment

$ 468.42_____   Interest on Judgment

and further interest will accrue on the unsatisfied judgment in the sum of $ 9.75_____   per day from
date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said
judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further
costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety
(90) days from the date of this writ.

WITNESS my hand and the seal of this Court at _____, Texas, this _____ day of _____, _____.

KAREN MITCHELL, CLERK

By _____
    Deputy Clerk

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I,     Lawrence R. Kulig, Esq.     , judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this  8th  day of    June   , A.D.,  2018 .

Signature and capacity in which signed: Lawrence R. Kulig, Atty for Plaintiff

Eckert Seamans Cherin & Mellott

Address: Two International Place, 16th Floor

Boston, MA  02110

Telephone Number: (617) 342-6875

STATE OF     Massachusetts

COUNTY OF   Suffolk

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: Jun 8, 2018

Vicki A. Roy
Notary Public
Title

VICKI A. ROY
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 20, 2020

MARSHAL'S RETURN

Received this writ at _____ , on _____
and executed as follows:

UNITED STATES MARSHAL

By _____

Deputy Marshal